UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 1:06:CR:284

v.

                                  HON. GORDON J. QUIST

JAIME GUADALUPE MENDOZA,

        Defendant.

_____/

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.      The Report and Recommendation of the Magistrate Judge filed April 11, 2007, is approved and adopted as the Opinion and Findings of this Court.

2.      Defendant Jaime Guadalupe Mendoza's plea of guilty to Count 1 of the First Superseding Indictment is accepted. Defendant Jaime Guadalupe Mendoza is adjudicated guilty.

3.      Defendant Jaime Guadalupe Mendoza shall be detained pending sentencing.

4.      A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: April 25, 2007                              _____/s/ Gordon J. Quist_____
                                              GORDON J. QUIST
                                   UNITED STATES DISTRICT JUDGE